

## Caine & Weiner
*Est. 1930*

P.O. Box 5010
Woodland Hills, CA 91365-5010

Phone: 818-226-6000
Fax: 818-226-6010

April 18, 2016

C&W Account #: ▇▇0673
Amount Due: $108.83

Re:   ANTHEM
      ▇▇▇▇▇▇▇7470

Your account has been listed with our company for collection. If paid in full to this office, all collection activity will be stopped.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

To speak with us directly, contact us at (818)251-9361.

Sincerely,

*Clay Small*

(818)251-9361

 **How To Reach Us**

| Contact or Pay Using your Smartphone: | Pay Online At: | Phone and Fax Numbers: |
|---|---|---|
|  | **www.expresspay-cw.com**<br><br>**Automated Phone Pay Number:**<br><br>**1-844-497-5053** | **Regular Office Hours:**<br>Monday through Friday<br>8:00 AM – 5:00 PM<br><br>Phone: (818)251-9361<br>Fax: (866) 501-1906 |

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION.**

ICU044192RD101

***Detach Lower Portion and Return with Payment***

---

P.O. Box 5010
Woodland Hills, CA 91365-5010

CHANGE SERVICE REQUESTED



For your convenience, we accept payment via the Internet and
**VISA, MasterCard, American Express & Discover.** ▶
Please see reverse side for payment options.

═══ REMIT TO: ═══

**Caine & Weiner**
P.O. Box 5010
Woodland Hills, CA 91365-5010

April 18, 2016

109790328
|||ı|ı|ı|ı|||ı|ı|ı|ı|ı||ı|ı|||ı|||ı||ı|ı|ı||ı|ı|ı|||ı|||ı|ı||ı|

PERSONAL & CONFIDENTIAL
ANTHONY C GRAHAM
447 S Ocean Ave Apt 2
Patchogue NY 11772-3731

| C&W ACCOUNT # | Amount Due: |
|---|---|
| ▇0673 | $108.83 |
| AMT PAID | $ |



**CALIFORNIA:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

La Ley estatal de Prácticas de Cobros de Deudas Justas Rosenthal (Rosenthal Fair Debt Collection Practices Act) y la Ley federal de Prácticas de Cobros de Deudas Justas (Fair Debt Collection Practices Act) requieren que, excepto en circunstancias excepcionales, los cobradores no pueden comunicarse con usted antes de las 8 a.m. o después de las 9 p.m. No pueden molestarlo utilizando amenazas de violencia o arresto o utilizando lenguaje obsceno. Los cobradores no pueden utilizar declaraciones falsas o engañosas ni pueden llamarlo al trabajo si saben o tienen motivo para saber que usted no puede recibir llamadas personales en el trabajo. En su mayoría, los cobradores no pueden informar a otra persona, que no sea su abogado o su cónyuge, sobre su deuda. Los cobradores pueden comunicarse con otra persona para confirmar su ubicación o ejecutar una sentencia. Para obtener más información sobre las actividades de cobranza de deudas, puede comunicarse con la Comisión de Comercio Federal (Federal Trade Comission) al 1-877-FTC-HELP o en www.ftc.gov.

**COLORADO:** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. For information about the Colorado fair debt collection practices act, see www.coag.gov/car.

Colorado Office: Telephone 303-309-3839, 13111 E. Briarwood Ave., #340, Centennial, CO 80112.

**IDAHO:** TOLL FREE NUMBER 1-866-226-5971

**MASSACHUSETTS:** *NOTICE OF IMPORTANT RIGHTS*

YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE COLLECTION AGENCY.

**MINNESOTA:** This collection agency is licensed by the Minnesota Department of Commerce.

**NEVADA:** This collection agency is licensed by the State of Nevada's Financial Institution Division. Please be advised convenience fees may be requested when making payment over the phone with our agent. Our current address is 21210 Erwin St., Woodland Hills, CA 91367. PO Box 5010, Woodland Hills is Caine & Weiner Company, Inc. lockbox.

**NEW YORK CITY:** New York City Department of Consumer Affairs License Number: 1157930

**NORTH CAROLINA:** North Carolina Department Permit Number: 3825

**TENNESSEE:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

**WISCONSIN:** This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

## PAYMENT OPTIONS

- Make checks payable to **Caine & Weiner**.
- Visit www.expresspay-cw.com to pay online or by phone at 844-497-5053.
- Pay with VISA, MasterCard, American Express or Discover by completing and returning sections 1 and 2 in the form below or by calling our office.

**Please complete this section and return in the enclosed envelope.**

You are hereby authorized to charge my credit card account.

| CHECK ONE | ☐ VISA | ☐ MasterCard | ☐ American Express | ☐ DISCOVER | EXP. DATE / | PAYMENT AMOUNT $ |
|---|---|---|---|---|---|---|
| CARD NUMBER | | | | | | |
| CARDHOLDER'S NAME | | | CARDHOLDER SIGNATURE | | | |
| CARDHOLDER ADDRESS | | | CITY | | STATE | ZIP |
| PRIMARY PHONE NUMBER | | | SECONDARY PHONE NUMBER | | | |
| ADDRESS | | | CITY | | STATE | ZIP CODE |