**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
Fax: (516) 706-5055
Email: *ConsumerRights@BarshaySanders.com*
*Attorneys for Plaintiff*
Our File No.: 112405

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 03 2017 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ANTHONY C. GRAHAM, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

Plaintiff,

vs.

CAINE & WEINER COMPANY, INC.,

Defendant.

---

Docket No: 2:17-cv-02295-ADS-AKT

**NOTICE OF SETTLEMENT**

Now comes the Plaintiff ANTHONY C. GRAHAM, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and state:

1. A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiffs have received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Voluntary Dismissal *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences.

1

BARSHAY | SANDERS PLLC
100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530

3. We respectfully request the Court provide that the parties may seek to reopen the matter for forty-five (45) days to assure that the Agreement is executed and that the settlement funds have cleared.

DATED: August 1, 2017

BARSHAY SANDERS, PLLC

By: /s David M. Barshay
David M. Barshay, Esq.
BARSHAY SANDERS, PLLC
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
Fax: (516) 706-5055
ConsumerRights@BarshaySanders.com
Attorneys for Plaintiff
Our File No.: 112405

The Court is closing this case for administrative purposes, subject to the terms of the settlement agreement. The parties are granted leave to move to reopen this matter in the event the settlement is not consummated. SO ORDERED.

s/Arthur D. Spatt                                   8/3/17
_____          _____
Arthur D. Spatt, U.S.D.J.                      Date