FILED

SEP 12 2017

LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Anthony C. Graham, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

Caine & Weiner Company, Inc.,

Defendant.

Docket No: 2:17-cv-02295-ADS-AKT

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: September 6, 2017

| | |
|---|---|
| **BORGES & ASSOCIATES, LLC** | **BARSHAY SANDERS, PLLC** |
| By: /s Wanda Borges | By: /s Craig B. Sanders |
| Wanda Borges, Esq. | Craig B. Sanders |
| 575 Underhill Blvd. | 100 Garden City Plaza, Suite 500 |
| Syosset, New York 11791 | Garden City, New York 11530 |
| Tel: (516) 677-8200 | Tel. (516) 203-7600 |
| *Attorneys for Defendant* | Email: *ConsumerRights@BarshaySanders.com* |
| | Our File No: 112405 |
| | *Attorneys for Plaintiff* |

Case shall remain closed.  SO ORDERED.

/s/ ARTHUR D. SPATT, USDJ

Arthur D. Spatt, U.S.D.J.

9/12/17

Date